```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 18996
    JONATHAN MICHAEL GRABO
    AMY ELIZABETH GRABO                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-7753     SSN XXX-XX-6040

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/12/05 and confirmed on 08/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   5724.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-------------------------------------------------------------------------------
ADVANCE TIL PAYDAY          UNSECURED     NOT FILED            .00           .00
COMCAST                     UNSECURED     NOT FILED            .00           .00
CREDIT ACCEPTANCE CORP      UNSECURED       4146.07            .00       1089.91
ILLINOIS TITLE LOANS        UNSECURED     NOT FILED            .00           .00
MCI WORLDCOM                UNSECURED     NOT FILED            .00           .00
NICOR GAS                   UNSECURED       7409.40            .00       1947.77
PAYDAY LOAN CO              UNSECURED     NOT FILED            .00           .00
SILVER CROSS HOSPITAL       UNSECURED     NOT FILED            .00           .00
COTTONWOOD FINANCIAL LTD    UNSECURED     NOT FILED            .00           .00
COMED                       UNSECURED       1355.35            .00        356.29
ECAST SETTLEMENT CORPORA    UNSECURED        360.21            .00         94.69
      Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00     13271.03        .00       13271.03
PRINCIPAL PAID         .00          .00      3488.66        .00        3488.66
INTEREST PAID          .00          .00          .00        .00            .00
TOTAL PAID             .00          .00      3488.66        .00        3488.66
The Debtor's attorney, KATHLEEN VAUCHT                  , was allowed $   2700.00
and was paid $    706.00  direct and $    1994.00  through the plan.

The Trustee received $     241.34 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 05 B 18996 JONATHAN MICHAEL GRABO & AMY ELIZABETH GRABO